THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* IGNATIUS B. FAULISI, Defendant-Appellant.

(No. 70-147;

Second District—March 29, 1971.

Opinion by Mr. JUSTICE ABRAHAMSON.

Morton Zwick, of Defender Project, of Chicago, (E. Roger Horsky, of Defender Project, of Elgin, of counsel,) for appellant.

William J. Cowlin, State's Attorney, of Woodstock, for the People.